IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FREDERICK CHARLES BAXTER, )<br>)<br>Defendant. ) | Case No. 4:06CR3122 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Review Detention, filing 69. This Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to Cornhusker Place, Lincoln, NE, no later than 9:00 a.m. on Monday, May 23, 2011. Mr. Baxter is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from Cornhusker Place.

All other conditions of Mr. Baxter's supervised release, not inconsistent with this Order, shall remain in effect.

IT IS FURTHER ORDERED that the U.S. Marshal's office shall release the Defendant with a 30 day supply of all medication currently being taken.

Dated this 19th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge